**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| MATTHEW WILLOUGHBY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendants. | CV 26-15-BLG-WWM <br><br><br> ORDER |

Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively "State Farm") move to (1) stay all motion practice until the Court conducts a preliminary pretrial conference in this matter; (2) stay State Farm's responses to all of Plaintiff Matthew Willoughby's ("Mr. Willoughby") motions until the Court rules on Mr. Willoughby's motion to remand (Doc. 6), and (3) preclude all discovery in this matter until the Court issues a scheduling order.  (Docs. 31, 32).

**IT IS HEREBY ORDERED** that in accordance with this Court's "inherent authority to stay federal proceedings pursuant to its docket management powers," *Pub. Emps. Ret, Ass'n of N.M. v. Earley (In re PG&E Corp. Sec. Litig.)*, 100 F.4th

1076, 1085 (9th Cir. 2024), State Farm's motion to stay all motion practice until the Court conducts a preliminary pretrial conference in this matter is **GRANTED**.

**IT IS FURTHER ORDERED** that State Farm's motion to stay its responses to Mr. Willoughby's motions (Docs. 11, 17, 23, 27, 34), and any additional motions filed, until the Court rules on Mr. Willoughby's motion to remand (Doc. 6) is **GRANTED**. This Order does not effect the parties' obligation with respect to the requirements in the Order Setting a Preliminary Pretrial Conference and Related Deadlines (Doc. 35).

**IT IS FURTHER ORDERED** that pursuant to Local Rule 26.1(d), the parties may not engage in discovery until the Court issues a scheduling order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2