# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| MATTHEW WILLOUGHBY,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendants. | CV 26-15-BLG-WWM<br><br>ORDER |

Pursuant to the Court's Order staying all motion practice until the Court conducts a preliminary pretrial conference in this matter (Doc. 36),

**IT IS HEREBY ORDERED** that Plaintiff Matthew Willoughby's motions (Docs. 37, 42) are to be stricken from the docket. The Clerk of Court is directed to strike Plaintiff's Omnibus Motion for Terminating Sanctions, Remand, and Indictment of Systematic Fraud Upon the Court (Doc. 37) and Plaintiff's Motion for Rule 11 Sanctions and Indictment of Documentary Deceit (Doc. 42).

The Clerk of Court is further directed to notify the parties of the making of this Order.

DATED this 9th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE